# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| **Plaintiff,** | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:20-cv-00448-XR ) |
| GREAT RENTALS AND EVENTS, L.L.C. D/B/A GREAT EVENTS, | ) ) ) |
| **Defendant.** | ) ) ) |

## JOINT MOTION TO ENTER CONSENT DECREE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the Plaintiff, United States Equal Employment Opportunity Commission ("EEOC"), and Defendant, Great Rentals and Events, L.L.C. d/b/a Great Events ("Defendant") and file this, their Joint Motion to Enter Consent Decree in the above-captioned civil matter. In support of this Motion, they respectfully show the Court as follows:

EEOC and Defendant have resolved all matters regarding the EEOC's Complaint in this litigation, as evidenced by their signatures on the Consent Decree accompanying this Motion (Exhibit "A").

WHEREFORE, PREMISES CONSIDERED, EEOC and Defendant, respectfully request that this Court enter the Consent Decree attached to this Motion, and to retain jurisdiction of this matter to enforce the terms and conditions of the attached Consent Decree.

                                         Respectfully submitted,

                                         EDWARD JUAREZ
                                         Supervisory Trial Attorney
                                         Texas Bar No. 24019498

/s/ Philip Moss
PHILIP MOSS
Trial Attorney
Texas State Bar No. 24074764
E-Mail: philip.moss@eeoc.gov

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Antonio Field Office
5410 Fredericksburg Road, Suite 200
San Antonio, Texas 78229-3555
Telephone: (210) 640-7570
Facsimile: (210) 281-7669

**ATTORNEYS FOR PLAINTIFF**


/s/ Adam D. Boland
ADAM D. BOLAND
Texas Bar No. 24045520
E-Mail: aboland@clarkhill.com

**CLARK HILL STRASBURGER**
2301 Broadway St.
San Antonio, Texas 78215-1157
Telephone: (210) 250-6000
Facsimile: (210) 250-6100

**ATTORNEYS FOR DEFENDANT**
